FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-10605 |
| Plaintiff - Appellee, | D.C. No. CR-02-40206-DLJ |
| v. | |
| GODLIFE ASAD MUHAMMAD, a.k.a. Godlife Muhammad, Kiven Ross, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Northern District of California
D. Lowell Jensen, District Judge, Presiding

Submitted February 16, 2010 [**]

Before:   FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Godlife Asad Muhammad appeals from the 108-month sentence imposed

upon remand for resentencing.  Pursuant to *Anders v. California*, 386 U.S. 738

---

[*]   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]   The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

DRS/Research

(1967), Muhammad's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided the appellant the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED**.